**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM KAGY,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD BARNES, ET AL.,<br><br>        Defendants. | CASE NO. CV 08-02167 VBF (RZx)<br><br>ORDER TO SHOW CAUSE |

On October 5, 2008, Plaintiff filed a motion to compel as to Defendants Hemela, Davidson, Thomas and Agusto. Plaintiff submitted a joint stipulation, but the stipulation contained no argument from the defendants. It appears to the Court that those defendants were provided with the proposed Joint Stipulation, in accordance with an agreement, in sufficient time for Defendants to provide their portion of the argument. Defendants did not do so. In fact, Defendants filed nothing in response to the motion from Plaintiff.

Accordingly, Defendants Hemela, Davidson, Thomas and Agusto shall show cause why they should not be sanctioned for failing to comply with Local Rule 37 concerning the resolution of discovery disputes. Defendants shall submit any declarations

///

///

or other response in writing not later than November 3, 2008. Thereafter the matter shall stand submitted.

IT IS SO ORDERED.

DATED: October 28, 2008

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE